# UNITED STATES DISTRICT COURT
### for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Yadira Avilez-Lopez | )<br>)<br>)<br>)  Case No:  4:09-CR-35-1F<br>)<br>)  USM No:  51576-056 |

Date of Original Judgment:        September 8, 2009  )

Date of Previous Amended Judgment: _____  )  Stephen Gordon

*(Use Date of Last Amended Judgment if Any)*                    *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The defendant was sentenced at the statutory minimum and that minimum did not change as a result of the retroactive amendment and was not mitigated by a substantial assistance motion.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated September 8, 2009, shall remain in effect. **IT IS SO ORDERED.**

Order Date: ___4/2/15___

Effective Date: _____          James C. Fox   Senior U.S. District Judge
                *(if different from order date)*                    *Printed name and title*

_____
*Judge's signature*

EDNC Rev. 11/8/2011